UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENDRA M. CARRINGTON, | Case No. 2:17-cv-00038-KJD-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| SANTANDER CONSUMER U.S.A., INC., et al., | (Docket Nos. 20-21) |
| Defendant(s). | |

On July 11, 2017, Plaintiff filed affidavits of service related to subpoenas. Docket Nos. 20-21. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** the documents filed at Docket Nos. 20-21 and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: July 12, 2017

NANCY J. KOPPE
United States Magistrate Judge