VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorney for Kendra M. Carrington*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KENDRA M. CARRINGTON | Case No.: 2:17-cv-00038-KJD-NJK |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS** |
| SANTANDER CONSUMER U.S.A, INC., and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | **(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, and IA 6-2, the parties, by and through their attorneys of record hereby stipulate and request the court as follows:

1. This is the first stipulation for extension of time to allow Plaintiff KENDRA M. CARRINGTON ("Plaintiff") to respond to the Motion to Dismiss Plaintiff's Complaint filed by Defendant SANTANDER CONSUMER U.S.A, INC., ("Defendant") on October 26, 2017. (ECF No. 26)

2. The Plaintiff's responsive pleading to the said Motion to Dismiss is due on November 9, 2017.

3. The parties agree to extend the Plaintiff's time to file a responsive pleading to Defendants' Motion to Dismiss Plaintiff's Complaint in the above-caption matter from November 9, 2017 to November 16, 2017. Good cause exists for this request.

/ / /

/ / /

1. 4. The extension is requested by the Plaintiff to allow his counsel sufficient time to review the Defendants' Motion to Dismiss, gather the necessary information to prepare a response on Plaintiff's behalf and to respond to all of Defendants' Motion to Dismiss by November 16, 2017. This stipulation is not made for purposes of delay.

IT IS SO STIPULATED.

DATED this 6th day of November, 2017

THE LAW OFFICE OF VERNON NELSON

By: /s/ Vernon Nelson
VERNON NELSON, ESQ.
Nevada Bar No.: 6434
9480 S. Eastern Avenue, Suite 252
Las Vegas, NV 89123
Tel: 702-476-2500
Fax: 702-476-2788
E-Mail: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff*

DATED this 6th day of November, 2017

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ J. Christopher Jorgensen
J. Christopher Jorgensen, Esq.
3993 Howard Hughes Pkwy Ste 600
Las Vegas, NV 89169
Phone: 702-949-8200
E-mail: cjorgensen@lrrc.com
*Attorneys for SANTANDER CONSUMER, U.S.A. INC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES District JUDGE
DATE: 11/20/2017 nunc pro tunc