J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
E-mail: cjorgensen@lrrc.com

*Attorneys for Defendant*
SANTANDER CONSUMER USA INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENDRA M. CARRINGTON,<br><br>　　Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER U.S.A, INC. and EXPERIAN INFORMATION SERVICES, INC.,<br><br>　　Defendants. | Case No.: 2:17-CV-00038-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |

　　　Pursuant to Local Rules IA 6-1, and IA 6-2, the parties, by and through their attorneys of record hereby stipulate and request the court grant additional time for Plaintiff to respond to the Motion to Dismiss filed by Santander Consumer U.S.A. Inc. ("Defendant").

　　　1.　　Defendant filed a Motion to Dismiss on October 26, 2017 (ECF No. 26). The introduction section in the body of the Motion to Dismiss advises that the Motion is made and based on FRCP 12(b)(6), 12(c) and 56(c). The Court automatically scheduled Plaintiff's Response for the Motion to Dismiss for November 9, 2017.

　　　2.　　The parties previously stipulated and agreed to a one (1) week extension to extend the Plaintiff's time to file a Response to Defendant's Motion to Dismiss from November 9, 2017 to November 16, 2017 (ECF No 27, ruling still pending). Upon further review of the Motion to Dismiss, Plaintiff has requested, and Santander has agreed to, an additional one week extension of the deadline for Plaintiff's Response to the Motion to Dismiss, i.e., from November 16, 2017 to November 24, 2017.

　　　3.　　The parties now agree to a second one-week extension for Plaintiff to file a

102852385_1

responsive pleading to Defendant's Motion to Dismiss, from November 16, 2017 to November 24, 2017. Good cause exists for this request.

    4.    The extension is requested by the Plaintiff to allow her counsel sufficient time to review Defendant's Motion to Dismiss and to compile evidence to and respond to the Rule 56(c) portions of the Motion to Dismiss. This stipulation is not made for purposes of delay.

IT IS SO STIPULATED.

DATED this 17th day of November, 2017

THE LAW OFFICE OF VERNON NELSON

By: */s/ Vernon Nelson*
Vernon Nelson
9480 S. Eastern Avenue, Suite 252
Las Vegas, NV 89123
Tele: 702-476-2500
E-Mail: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff*
*KENDRA M. CARRINGTON*

DATED this 17th day of November, 2017

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: */s/ J. Christopher Jorgensen*
J Christopher Jorgensen
3993 Howard Hughes Pkwy, Ste. 600
Las Vegas, NV 89169
Tele: 702-949-8200
E-mail: cjorgensen@lrrc.com
*Attorneys for Defendant*
*SANTANDER CONSUMER, USA INC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES           UDGE

DATED: __12/20/2017_____

nunc pro tunc